**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DEWAYNE L. MCKINNEY | CIVIL ACTION NO. 23-0383-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BOSSIER MEDIUM SECURITY, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections (Record Document 12) thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Dewayne L. McKinney's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 20th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE